USBC-MD GFILED MAIL
13 OCT '26 AM10:43

United States Bankruptcy Court
District of Maryland

In re: Nicodeme Ben Sohahong Kombet

Debtor(s)

Case No.

Chapter 13

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/29/2026

/s/ Nicodeme Ben Sohahong Kombet
Signature of Debtor

Signature of Joint Debtor

ACCEPTANCENOW
5501 HEADQUARTERS DR
PLANO, TX 75024

ACIMA DIGITAL LLC
5501 HEADQUARTERS DR
PLANO, TX 75024

AES / NCFC
1200 N 7TH ST
HARRISBURG, PA 17102-1444

AFFIRM INC
14039 PURITAS AVE
PO BOX 35909
CLEVELAND, OH 44135

ALLTRU CREDIT UNION
1232 WENTZVILLE PKWY
WENTZVILLE, MO 63385

AMERICAN FIRST FINANCE LLC
PO BOX 565848
DALLAS, TX 75356

BAY EQUITY / SERVICEMAC LLC
9726 OLD BAILES RD STE 200
FORT MILL, SC 29707

BSI FINANCIAL SERVICES
PO BOX 517
TITUSVILLE, PA 16354-0517

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-1293

CHARTER COMMUNICATIONS / SPECTRUM
12405 POWERSCOURT DR
ST LOUIS, MO 63131

CREDIT COLLECTION SERVICES / CCS
725 CANTON ST
NORWOOD, MA 02062

CREDIT CORP SOLUTIONS INC
121 W ELECTION RD STE 200
DRAPER, UT 84020

GREENWOOD CREDIT UNION
2669 POST RD
WARWICK, RI 02886-3039

I.C. SYSTEM INC
PO BOX 64378
ST PAUL, MN 55164-0378

MATADORS COMMUNITY CREDIT UNION
PO BOX 1052
NORTHRIDGE, CA 91328

NATIONAL CREDIT ADJUSTERS LLC
PO BOX 3023
HUTCHINSON, KS 67504

OMNI FINANCIAL
PO BOX 53628
FAYETTEVILLE, NC 28305

PIONEER MILITARY CREDIT LLC
9233 WARD PKWY STE 364
KANSAS CITY, MO 64114

POSSIBLE FINANCIAL INC
1425 4TH AVE STE 1000
SEATTLE, WA 98101

SECURITY SERVICE FEDERAL CREDIT UNION
PO BOX 691510
SAN ANTONIO, TX 78269-1510

SERVICE FINANCE COMPANY LLC
555 S FEDERAL HWY STE 200
BOCA RATON, FL 33432

TBOM / CCI MC
14600 NW GREENBRIER PKWY
BEAVERTON, OR 97006

TRUEACCORD CORP
16011 COLLEGE BLVD STE 130
LENEXA, KS 66219

VILLAGE CAPITAL & INVESTMENT LLC
2460 PASEO VERDE PKWY STE 110
HENDERSON, NV 89074

Aceptancenow

Acima Digital Fka Simp
13907 S MINUTEMAN DR FL
Draper, UT 84020

Aes/Ncfc

Affirm Inc
650 CALIFORNIA ST FL 12
San Francisco, CA 94108

Alltru Fka 1st Financi
1232 WENTZVILLE PKWY
Wentzville, MO 63385

American First Finance, LLC
P.O. Box 565848
Dallas, TX 75356

Bayequity/Sm
9726 OLD BAILES RD STE 2
Fort Mill, SC 29707

Bsi Mtg
4200 REGENT BLVD STE B20
Irving, TX 75063

Capital One

Charter Communications / Spectrum
12405 Powerscourt Drive
Saint Louis, MO 63131

Credit Collection Services / CCS
725 Canton Street
Norwood, MA 02062

Credit Corp Solutions Inc.
121 West Election Road
Suite 200
Salt Lake City, UT 84117

Greenwood Credit Union
2669 Post Road
Warwick, RI 02888

I.C. System, Inc
P.O. Box 64378
Saint Paul, MN 55164

I.C. System, Inc.
P.O. Box 64378
Saint Paul, MN 55164

Matadors Community Credit Union
PO Box 1052
Northridge, CA 91328

National Credit Adjusters, LLC
P.O. Box 3023
Hutchinson, KS 67504

Omni Financial
PO BOX 53628
Fayetteville, NC 28305

Pioneer Mcb

Possible Financial Inc

Security Service Fcu
16211 LA CANTERA PKWY
San Antonio, TX 78256

Service Finance Compan
555 S FEDERAL HWY STE 20
Boca Raton, FL 33432

Tbom/Cci Mc
14600 NW GREENBRIER PKWY
Beaverton, OR 97006

TrueAccord Corp
16011 College Blvd.
Suite 130
Shawnee Mission, KS 66219

Village Capital and Investment LLC
2550 Paseo Verde Parkway
Suite 100
Henderson, NV 89074

Wc / Koalafi