# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **26−20961 − LSS** Chapter: **13**

**Nicodeme Ben Sohahong Kombet**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 12 − Schedules A−J & Summary of Assets and Liabilities Schedules for Individual filed by Nicodeme Ben Sohahong Kombet. (Attachments: #(1) Matrix Verification #(2) Voluntary Petition #(3) Letter) (Rybczynski, Mark)

13 − Statement of Financial Affairs for Individual filed by Nicodeme Ben Sohahong Kombet. (Rybczynski, Mark)

16 − Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C−1 Disposable Income Is Not Determined Filed by Nicodeme Ben Sohahong Kombet. (Rybczynski, Mark)

17 − Chapter 13 Plan Filed by Nicodeme Ben Sohahong Kombet. (Rybczynski, Mark)

18 − Verification of Creditor Matrix filed by Nicodeme Ben Sohahong Kombet. (Rybczynski, Mark)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 10/29/26.**

CURE: The above pleading must be signed by the debtor. (Federal Bankruptcy Rule 9011(a))

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 10/15/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410−962−4255

cc: Debtor
Attorney for Debtor − PRO SE

defntc (rev. 09/01/2025)