# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **26−20961 − LSS** Chapter: **13**

**Nicodeme Ben Sohahong Kombet**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 17 − Chapter 13 Plan Filed by Nicodeme Ben Sohahong Kombet. (Rybczynski, Mark)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 10/29/26.**

CURE: A Certificate of Service (Local Bankruptcy Form M−1) on the above pleading must be filed. (Local Bankruptcy Rule 9013−4). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements. Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 10/15/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410−962−4255

cc: Debtor
Attorney for Debtor − PRO SE

defntc (rev. 09/01/2025)