**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **26−20961 − LSS** Chapter: **13**

**Nicodeme Ben Sohahong Kombet**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 18 − Verification of Creditor Matrix and Amended Creditor Matrix filed by Nicodeme Ben Sohahong Kombet. (Rybczynski, Mark)Modified on 10/15/2026 (Rybczynski, Mark).

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 10/29/26.**
**1. Pioneer Military Credit LLC does not appear on the original mailing matrix.**

CURE: A Certificate of Service on the Notice of Meeting of Creditors must be filed. (Local Bankruptcy Rule 1009−1(a)−(c))
The filing fee of $34.00 for Amended Matrix must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Checks or money orders may be submited by mail with a copy of this notice enclosed to the following location:

U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

Payments by cash, check or money order can also be made in Baltimore at the Clerk's Office in the Garmatz Federal Courthouse during regular business hours. Parties can also pay fees with a debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing−fees.

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements. Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 10/15/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410−962−4255

cc: Debtor
Attorney for Debtor − PRO SE

defntc (rev. 09/01/2025)